Local MIE Form 3
(11/03)

Order of the Court to Dismiss Violation Petition/
Recall Warrant/Summons/
Request Further Action From the Court

## UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

CHRISTOPHER MICHAEL VISNAW      Crim. No.    09-CR-20015-01

On January 11, 2010, the Court authorized a petition and summons for supervised release violation charge(s).

The probation department is recommending that the violation petition be dismissed and the summons be recalled, and that the case be closed because of the defendant's current medical problems.

Reviewed and Approved:

*[signature]*

Belinda S. English
Supervising U.S. Probation Officer
(810) 341-7868

Respectfully submitted,

*[signature]*

Thomas M. LeBlanc
Senior U.S. Probation Officer
(810) 341-7864

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the violation petition dated January 15, 2010 be dismissed, the summons be recalled and that the case be closed.

Dated this 9th Day of Dec, 2010.

*[signature]*

Mark A. Goldsmith
United States District Judge

cc: DUSM
    AUSA